# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMY TODD KIRKSEY,
      Appellant,
    vs.
THE STATE OF NEVADA,
      Respondent.

No. 81128

**FILED**

MAY 2 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order "[denying] Defendant's Motion to Dismiss Counsel." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ J.
Gibbons

_____ J.
Stiglich

_____ J.
Silver

20-20104

cc:   Hon. Douglas W. Herndon, District Judge
Jimmy Todd Kirksey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Frank Kocka